IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS M. DIAMOND and
KIZZIE L. DIAMOND                                                               PLAINTIFFS

v.                                     No. 2:14-cv-109-DPM

MS. ADRIENNE N. GRAY, Superior Senior
Care Owner/Contractor; MRS. ANGALA HILL,
Personal Care Aide; BOBBY RANDLE,
Superior Senior Care Aide, contracted through
agency; JACKIE POWELL, R.N.,
contracted out to Superior, Crest Park Home
for Elderly; JOEYONE WESLEY, Superior Senior
Care; and ORA RAILEY                                                         DEFENDANTS

ORDER

The Court ordered the Diamonds to file a completed *in forma pauperis* application and an amended complaint clarifying their claims. № 3. They haven't done so. The Court therefore will dismiss the complaint without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2015