IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS M. DIAMOND and
KIZZIE L. DIAMOND                                                                PLAINTIFFS

v.                        No. 2:14-cv-109-DPM

MS. ADRIENNE N. GRAY, Superior Senior
Care Owner/Contractor; MRS. ANGALA HILL,
Personal Care Aide; BOBBY RANDLE,
Superior Senior Care Aide, contracted through
agency; JACKIE POWELL, R.N.,
contracted out to Superior, Crest Park Home
for Elderly; JOEYONE WESLEY, Superior Senior
Care; and ORA RAILEY                               DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2015